IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL M. REVELES,

    Petitioner,

v.

LIZZY TEGELS, Warden,
New Lisbon Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-378-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Michael M. Reveles for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

_Peter Oppeneer_            3/21/2012
Peter Oppeneer, Clerk of Court        Date